# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** § § § § **Plaintiff,** § § **vs.** § § **MEDIAFIRE, LLC,** § § **Defendant.** § § | Case No: 4:22-cv-01046 <br><br> PATENT CASE |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Patent Imaging, LLC and Defendant MediaFire, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: May 16, 2022.                         Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

By: */s/Michael A. Vincent*
Neil J. McNabnay
Texas Bar No.: 24002583
Southern District No.: 29774
Ricardo J. Bonilla
Texas Bar No.: 24082704
Southern District No.: 2917331
Michael A. Vincent
Texas Bar No.: 24105738
Southern District No.: 3278089

1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically on May 16, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                        */s/Jay Johnson*
                                        **JAY JOHNSON**

DATED this _____ day of _____, 20_____.

                        BY THE COURT:

                        _____
                        HONORABLE UNITED STATES DISTRICT JUDGE