Case 4:22-cv-01046 Document 15 Filed on 05/17/22 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § § § | Case No: 4:22-cv-01046 |
| Plaintiff, | § § | PATENT CASE |
| vs. | § § § | |
| **MEDIAFIRE, LLC,** | § § § | |
| Defendant. | § § | |

ORDER GRANTING
**JOINT STIPULATION OF DISMISSAL**

Plaintiff Rothschild Patent Imaging, LLC and Defendant MediaFire, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

IT IS SO ORDERED on this
17th day of May , 2022.

_George C. Hanks Jr_
UNITED STATES DISTRICT JUDGE